IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DOCKETED**

**JUN 1 4 2004**

| | |
|---|---|
| HAROLD BLUM, NANCY BENSEN, JAMES C. STRAIT, SEAN MCEWAN, DALE NOTBUSCH, EDWARD HEALY, DIANE MALONE, STEVEN F. NEYLON, JEFFREY EDWARDS and MORGAN SHANE, | ) ) ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) No. 03 C 7334 |
| RMI NETWORK SERVICES, INC., FLAGSHIP INTEGRATION SERVICES, INC., KIM FLAGSTAD (a/k/a KIM M. FLAGSTAD, KIM MICHELE FLAGSTAD, KIM WELCH, KIM M. WELCH, KIM FLAGSTAD WELCH, KIM WELCH FLAGSTAD AND MRS. GEORGE E. WELCH), WILLIAM BORGSTROM, MICHAEL CALUMET, MICHAEL SHAPIRO and DYNAMIC MANAGEMENT SOLUTIONS, INC., | ) ) Judge Plunkett ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

FILED JUN 04 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: Scott A. Thackaberry
3008 Lincoln Road
P.O. Box 3453
Oak Brook, IL 60522

PLEASE TAKE NOTICE that on the 10th day of **June, 2004**, at **11:30** a.m. the undersigned shall appear before the Honorable Paul E. Plunkett, or any other judge sitting in his stead, in Courtroom 1441 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present to the Court the Defendants' **Motion for an Extension of Time to Answer or Otherwise Plead**, a copy of which is attached and hereby served upon you.

Michael J. Devine
James E. O'Halloran
Deutsch, Levy & Engel, Chartered
225 West Washington Street, Suite 1700
Chicago, Illinois 60606
(312) 346-1460

181711v1

/0

Firm I.D. 90235

## CERTIFICATE OF SERVICE

I, Sharon Hogeveen, a non-attorney, certify and state that I caused the foregoing **Notice of Motion and Defendants' Motion for an Extension of Time to Answer or Otherwise Plead** to be served upon the above-listed party by placing a copy of same in an envelope, properly addressed, with proper postage affixed thereon, and depositing said envelope in the United States Mail located at 225 W. Washington, Chicago, Illinois 60606, prior to 5:00 p.m. this 4th day of June, 2004.

_Sharon Hogeveen_

[X] Under penalties as provided by law
pursuant to 735 ILCS 5/1-109, I
certify that the aforesaid statements
are true and correct.

181711v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED

JUN 1 4 2004

| | |
|---|---|
| HAROLD BLUM, NANCY BENSEN, JAMES C. STRAIT, SEAN MCEWAN, DALE NOTBUSCH, EDWARD HEALY, DIANE MALONE, STEVEN F. NEYLON, JEFFREY EDWARDS and MORGAN SHANNON,<br><br>Plaintiffs,<br><br>v.<br><br>RMI NETWORK SERVICES, INC., FLAGSHIP INTEGRATION SERVICES, INC., KIM FLAGSTAD (a/k/a KIM M. FLAGSTAD, KIM MICHELE FLAGSTAD, KIM WELCH, KIM M. WELCH, KIM FLAGSTAD WELCH, KIM WELCH FLAGSTAD AND MRS. GEORGE E. WELCH), WILLIAM BORGSTROM, MICHAEL CALUMET, MICHAEL SHAPIRO and DYNAMIC MANAGEMENT SOLUTIONS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 03 C 7334<br>)<br>) Judge Plunkett<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
JUN 04 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants Michael Shapiro and Dynamic Management Solutions, Inc., ("Shapiro and Dynamic Management") respectfully move this Court for an extension of time to answer or otherwise plead to the Amended Complaint. In support of this motion, Shapiro and Dynamic Management state as follows:

1. On May 12, 2004, Shapiro and Dynamic Management were served with a copy of the plaintiffs' Amended Complaint;

2. Under Federal Rules of Civil Procedure 12(a)(1), Shapiro and Dynamic Management must have answered or otherwise pled by June 1, 2004.

3. Shapiro and Dynamic Management request an extension of time to answer or

- 181693.1

10

otherwise plead to the Amended Complaint by June 23, 2004.

4. This request for an extension of time is made in good faith and not for the purpose of delay.

WHEREFORE, based on all the foregoing, Shapiro and Dynamic Management respectfully request that this Court grant this motion for extension of time to answer or otherwise plead.

Respectfully submitted,

**MICHAEL SHAPIRO AND DYNAMIC MANAGEMENT SOLUTIONS, INC.**

By: _____
One of Their Attorneys

Michael J. Devine
James E. O'Halloran
Deutsch, Levy and Engel
225 W. Washington St., Suite 1700
Chicago, Illinois 60606
(312) 346-1460