UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAROLD BLUM, NANCY BENSEN, JAMES C. STRAIT, SEAN MCEWAN, DALE NOTBUSCH, EDWARD HEALY, DIANE MALONE, STEVEN F. NEYLON, JEFFREY EDWARDS and MORGAN SHANK,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RMI NETWORK SERVICES, INC., FLAGSHIP INTEGRATION SERVICES, INC., KIM FLAGSTAD (a/k/a KIM M. FLAGSTAD, KIM MICHELE FLAGSTAD, KIM WELCH, KIM M. WELCH, KIM FLAGSTAD WELCH, KIM WELCH FLAGSTAD AND MRS. GEORGE E. WELCH), WILLIAM BORGSTROM, MICHAEL CALUMET, MICHAEL SHAPIRO and DYNAMIC MANAGEMENT SOLUTIONS, INC.<br><br>　　　　Defendants. | **FILED**<br>AUG 2 5 2004<br>**JUDGE PAUL PLUNKETT**<br>United States District Court<br><br>No.: 03 C 7334<br>[Emergency Motion to Extend Time to Respond to Defendant's Motions]<br>Judge: Plunkett<br><br>DOCKETED<br>AUG 3 0 2004 |

TO:　See Attached Service List

### NOTICE OF MOTION

PLEASE TAKE NOTE that on August 26, 2004 at 11:30 A.m., in Room 1441 of the U.S. District Court, 219 S. Dearborn Street, Chicago, IL 60602, the undersigned will present before the Honorable Judge Plunkett or any Judge sitting in his stead, the Plaintiff's Emergency Motion to Extend Time to Respond to Defendant's Motions, a copy of which is attached hereto.

### CERTIFICATE OF SERVICE

I, Scott A. Thackaberry, an attorney, hereby certify that I served a copy the forgoing Notice of Motion, with attachments, to all parties of record in accordance with Court Rules.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Scott_
　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Plaintiffs

Name:       Scott A. Thackaberry
Atty. for:  Plaintiffs
Address:    3008 Lincoln Road
            P.O. Box 3453
            Oak Brook, IL 60522
Tel. No.:   (630) 342-9970

Service List:

Paula K. Jacobi
Pamela S. DiCarlantino
Sugar, Friedberg & Felsenthal, LLP
30 North LaSalle Street, Suite 3000
Chicago, IL 60602

Eric S. Rein
Aricka J. Osacky
Schwartz, Cooper, Greenberger & Krauss, Ltd.
180 N. LaSalle Street, Suite 2700
Chicago, IL 60601

Richard L. Sandler
Karen S. Manley
Fox, Hefter, Swibel, Levin & Carroll, LLP
321 N. Clark Street, Suite 3300
Chicago, IL 60610

Michael J. Devine
James E. O'Halloran
Deutsch Levy & Engel, Chtd.
225 W. Washington Street
Suite 1700
Chicago, IL 60606

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAROLD BLUM, NANCY BENSEN, JAMES C. STRAIT, SEAN MCEWAN, DALE NOTBUSCH, EDWARD HEALY, DIANE MALONE, STEVEN F. NEYLON, JEFFREY EDWARDS and MORGAN SHANK,<br><br>Plaintiffs,<br><br>v.<br><br>RMI NETWORK SERVICES, INC., FLAGSHIP INTEGRATION SERVICES, INC., KIM FLAGSTAD (a/k/a KIM M. FLAGSTAD, KIM MICHELE FLAGSTAD, KIM WELCH, KIM M. WELCH, KIM FLAGSTAD WELCH, KIM WELCH FLAGSTAD AND MRS. GEORGE E. WELCH), WILLIAM BORGSTROM, MICHAEL CALUMET, MICHAEL SHAPIRO and DYNAMIC MANAGEMENT SOLUTIONS, INC.<br><br>Defendants. | **FILED**<br>AUG 2 5 2004<br>**JUDGE PAUL PLUNKETT**<br>United States District Court<br><br>No.: 03 C 7334<br>[Emergency Motion to Extend Time to Respond to Defendant's Motions]<br>Judge: Plunkett<br><br>DOCKETED<br>AUG 3 0 2004 |

### EMERGENCY MOTION TO EXTEND TIME TO
### RESPOND TO DEFENDANT'S MOTIONS

NOW COMES the Plaintiffs, by and through their attorney, Scott A. Thackaberry, in their Emergency Motion to Extend Time to Respond to Defendant's Motions, and, in support of it, they state:

1. This Court set a briefing schedule pursuant to the July 29, 2004 hearing.

2. At the time of that hearing, the Plaintiff's Counsel did not know that he would



take his daughter to the Emergency Room at Good Samaritan Hospital in Downers Grove, Illinois, that his daughter would undergo testing and that his daughter would have surgery.

3. At the time of that hearing, the Plaintiff's counsel did not know that doctors would diagnose his brother-in-law, the spouse of his sole sibling and co-business owner with that sibling, with leukemia. The treating physician's prognosis is that the Plaintiff's Counsel's brother-in-law will live less than six months.

4. As a result of the forgoing, the Plaintiff's Counsel rescheduled various commitments and enlisted the help of others; these activities consumed an unanticipated amount of Plaintiff's Counsel's time.

5. Therefore, the Plaintiff's respectively ask this Court to grant them a 21-day extension in the filing of their responses, so that they will not be prejudiced by events over which they had no control.

WHEREFORE the Plaintiff's ask this Court for a 21-day extension for the filing of their Responses to Defendants' Motions to Dismiss.

                                                                              Attorney for the Plaintiffs

| | |
|---|---|
| Name: | Scott A. Thackaberry |
| Atty. for: | Plaintiffs |
| Address: | 3008 Lincoln Road |
| | P.O. Box 3453 |
| | Oak Brook, IL 60522 |
| Tel. No.: | (630) 342-9970 |