

FILED
MARCH 17, 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED

MAR 17 2005

JUDGE PAUL PLUNKETT
United States District Court

| | |
|---|---|
| HAROLD BLUM, NANCY BENSEN, JAMES C. STRAIT, SEAN MCEWAN, DALE NOTBUSCH, EDWARD HEALY, DIANE MALONE, STEVEN F. NEYLON, JEFFREY EDWARDS and MORGAN SHANK, <br><br> Plaintiffs, <br><br> v. <br><br> FLAGSHIP INTEGRATION SERVICES, INC., KIM FLAGSTAD (a/k/a KIM M. FLAGSTAD, KIM MICHELE FLAGSTAD, KIM WELCH, KIM M. WELCH, KIM FLAGSTAD WELCH, KIM WELCH FLAGSTAD AND MRS. GEORGE E. WELCH), WILLIAM BORGSTROM, MICHAEL CALUMET, MICHAEL SHAPIRO and DYNAMIC MANAGEMENT SOLUTIONS, INC. <br><br> Defendants. | No.: 03 C 7334 <br> [Plaintiff's Instanter Motion to Dismiss Without Prejudice] <br> Judge Plunkett |

## PLAINTIFF'S INSTANTER MOTION TO DISMISS WITHOUT PREJUDICE

NOW COMES the Plaintiffs, by and through their attorney, Scott A. Thackaberry, in their Plaintiff's Instanter Motion to Dismiss Without Prejudice, and, in support of it, they state:

1. This Court gave the Plaintiffs leave to file their Second Amended Complaint. While preparing said documents, the Plaintiff's Attorney consulted with another attorney additional research materials. The Plaintiff's Attorney previously

represented to this Court that he now believed that the Plaintiffs should pursue their claims and additional identified claims in the Circuit Court of Cook County–Chancery Division.

2. Plaintiff's Attorney, who was ill for a brief period, has spoken with his clients pursuant to their agreement, and, after both the opinion of the other attorney consulted and an explanation of the relevant legal research conducted, the Plaintiffs now wish to proceed in the Circuit Court of Cook County as Plaintiff's Attorney previously represented to this Court.

3. Therefore, at the direction of the Plaintiff's and after consultation with the Defendant's respective Attorneys of Record, the Plaintiffs ask this Court to dismiss their respective causes of action without prejudice so they may pursue their claims in state court.

WHEREFORE the Plaintiffs ask this Court to dismiss this cause without prejudice so that they may pursue their claims in state court.

_____
Attorney for the Plaintiffs

Name: Scott A. Thackaberry
Atty. for: Plaintiffs
Address: 3008 Lincoln Road
P.O. Box 3453
Oak Brook, IL 60522
Tel. No.: (847) 372-2703